IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTON LUIS ASEVES, Jr., #M39862, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 25-cv-00907-SMY |
| | ) |
| PERCY CHESTER MYERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

**YANDLE, Chief Judge:**

This matter is before the Court for case management. The Court entered an order granting Plaintiff's Motion for Leave to Proceed *in forma pauperis* (IFP) (Doc. 2) and assessing an initial partial filing fee of $12.93 on May 15, 2025. (Doc. 7). Payment was due "upon receipt of th[e] Order." *Id*. Plaintiff failed to pay his initial partial filing fee.

The Court also dismissed the Complaint (Docs. 1 and 1-1) without prejudice for violation of Federal Rules of Civil Procedure 8 and 18-21 and ordered Plaintiff to file a First Amended Complaint on or before November 25, 2025. (Doc. 12). Prior to this deadline, Plaintiff filed a First Amended Complaint (Doc. 13) and a Second IFP Motion (Doc. 14). The Court dismissed the Second IFP Motion as moot on November 13, 2025 (Doc. 16) and ordered Plaintiff to pay his initial partial filing fee of $12.93 no later than December 15, 2025. He was "WARNED that failure to pay, or file proof of his inability to make this payment, by this deadline will result in sanctions that include dismissal of this action after the deadline expires." *Id*. (citing FED. R. CIV. P. 41) (emphasis in original).

The Court deferred screening of the First Amended Complaint until Plaintiff complied with the Orders at Docs. 7 and 16. Plaintiff has not complied. He missed the deadline to pay his initial

partial filing fee on December 15, 2025and did not request an extension of time to make payment or attempt to show that he lacked the means necessary to pay the $12.93 fee on or after December 15, 2025.

The Court will not allow this matter to linger indefinitely. Accordingly, this case is **DISMISSED without prejudice** for failure to comply with the Court's Orders at Docs. 7 and 16. FED. R. CIV. P. 41(b).  Plaintiff incurred the obligation to pay a filing fee for this action at the time he filed the Complaint, and he remains obligated to do so regardless of this dismissal.

The Clerk is **DIRECTED** to **CLOSE THIS CASE** and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  January 7, 2026**              *s/ Staci M. Yandle*
                                          **STACI M. YANDLE**
                                          **Chief U.S. District Judge**